IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
JUL 14 2021
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.

KALEB LEE OSS,

Defendant.

Case No. CR 21-256 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FIRST DEGREE BURGLARY IN INDIAN COUNTRY
[18 U.S.C. §§ 1151, 1153 & 21 O.S. § 1431]

On or about March 6, 2018, within the Eastern District of Oklahoma, in Indian Country, the defendant, **KALEB LEE OSS,** an Indian, did break and enter into the dwelling house occupied by and in the possession of M.P., in which there was at the time and place a human being present, to wit: M.P., by forcibly bursting and entering into the home through the front door, without the consent of said occupant, and with the intent to commit a crime therein, in violation of Title 18, United States Code, Sections 1151, 1153 and Title 21 Oklahoma Statutes, Section 1431.

## COUNT TWO

### ATTEMPTED ROBBERY IN INDIAN COUNTRY
[18 U.S.C. §§ 2111, 1151, & 1153]

On or about March 6, 2018, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **KALEB LEE OSS**, an Indian, did by force and violence, and by intimidation, attempt to take items of value from the person and presence of M.P., in violation of Title 18, United States Code, Sections 2111, 1151, and 1153 .

A TRUE BILL:

CHRISTOPHER J. WILSON
Acting United States Attorney

*[signature]*

DAVID C. YOULL, OBA # 16553
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY