# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | Case No.: | CR-21-256-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 07/14/2022 |
| | ) | | |
| KALEB LEE OSS | ) | Time: | 9:57 a.m. – 10:33 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET – SENTENCING HEARING

U.S. District Court Judge Ronald A. White    Teka Stephens, Deputy Clerk    Joanna Smith, Reporter
FTR Courtroom:   2 - Room 224

Counsel for Plaintiff:    Jordan W. Howanitz, Asst. United States Attorney
Counsel for Defendant:  Richard Koller, Asst. Federal Public Defender  ☒ Defendant appears in person with counsel

☒   Plaintiff & Defendant reviewed PSI:
   ☒   Government   - Objections:  ☐ Yes  ☒ No
   ☒   Defendant    - Objections:  ☒ Yes  ☐ No

☒   Findings made - Objections by Defendant   ☐ Sustained  ☒ Overruled

☒   PSI will form factual basis for sentencing

☒   Terms of Plea Agreement outlined by Gov't          ☒ Defendant Agrees
☒   Findings:   Court adopts Plea Agreement as set forth in this matter

☒   Court GRANTED Government's Motion for One Point Reduction.

**ADDITIONAL MINUTES:** Court inquired if victims were present. Government responded that victims were notified but not present. Court made inquiry of defendant as to his change of plea before U.S. Magistrate Judge. Defendant and his counsel responded confirming the consent. ENTERING FINDING and affirming the finding of guilt and acceptance of plea before the U.S. Magistrate Judge. **(RAW)**

☒   Defendant and counsel asked if they care to say anything prior to sentence being pronounced
       ☐ Statements by Government in aggravation/mitigation of punishment
       ☒ Statements by defendant's counsel
       ☒ Statements by defendant

   **SENTENCE:**   As to Count   __2__   of the **Indictment**
☒  **Bureau of Prisons for a term of**    __77 months__         ☐ Concurrent    ☐ Consecutive
☒  **Supervised Release for a term of**   __3 years__            ☐ Concurrent    ☐ Consecutive
☒  **Special Assessment:**          $ __100.00__              ☒ due immediately
☐  **Restitution:**                    _____             ☐ with interest   ☐ interest waived
☐  **Fine/ Victim Special Assessment:** _____            ☐ with interest   ☐ interest waived

☒ **STANDARD CONDITIONS** of Supervised Release given, including the following **Special Conditions:**
**1.** Defendant shall participate in a program approved by the United States Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if you have reverted to the use of drugs or alcohol and may include outpatient treatment. **2.** The defendant shall successfully participate in a program of mental health treatment and follow the rules and regulations of the program. The probation officer, in consultation with the

treatment provider, will determine the treatment modality, location, and treatment schedule. The defendant shall waive any right of confidentiality in any records for mental health treatment to allow the probation officer to review the course of treatment and progress with the treatment provider. The defendant must pay the costs of the program or assist (co-payment) in payment of the costs of the program if financially able. **3.** Defendant shall submit to a search conducted by a United States Probation Officer of his person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation.

☒ REASONS FOR IMPOSING SENTENCE given by Court
☒ Defendant advised of right to appeal         ☐ Defendant gives oral notice of appeal
☒ Remaining counts ordered dismissed:  Count 1 of the Indictment and the Indictment returned in CR-21-255-RAW.
☒ Defendant requested a BOP facility: close to McAlester, OK and credit for time served  ☒ Court recommends as close as possible to McAlester OK to facilitate family contact and that the Bureau of Prisons evaluate and determine if the defendant should be given credit toward this sentence for any time previously served in custody, and further award the defendant credit for such time served in accordance with Bureau of Prisons policy.
☒ Defendant remanded to the custody of the U.S. Marshal
☒ Court adjourned